UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

OTTO Barroso
Plaintiff

vs.   )Case No. _____

Chapaign County Jail
Officer Charles Glass
Nurse Jackie, Lt Vogues
Investigator Name Harrit.
5 John Doe     Defendant(s)

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, OTTO Barroso , and states as follows:

My current address is: P.O Box 99 Pontiac CC Pontiac Ill 61764

The defendant Charles Glass , is employed as Officer Champaign at County Jail

The defendant Jackie , is employed as Nurse Urbana ~~Champaign~~ at ~~County Jail~~ CARlE Hospital

The defendant  MR Harris  , is employed as  Investigator
~~champaign~~ urbana,  at  ~~county jail~~ Sheriff office ~~~~

The defendant _____, is employed as _____
_____ at _____

(revised 9/96)

The defendant _____, is employed as _____
_____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?        Yes  ☐        No  ☒

If yes, please describe
_____
_____
_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
                              Yes  ☐        No  ☒

C. If your answer to B is yes, how many? _____  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s)  _____

      Defendant(s) _____

   2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge    None

4. Basic claim made    NONE

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)    None

6. Approximate date of filing of lawsuit    None

7. Approximate date of disposition    None

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☑  No ☐  If your answer is no, explain why not

C. Is the grievance process completed?  Yes ☑  No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

I File my grievance At The County Jail I WAS IN Never Gotten A ~~Respond~~ COPY Back.

# STATEMENT OF CLAIM

4)

Place of the occurrence __On November 2013 Carle hospital__

Date of the occurrence __On November 2013__

Witnesses to the occurrence _____

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
    THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On November 2013 I was taken to Carle hospital to the ER by a Champaign County Jail officer name (Glass) We arrived to the ER around lunch time 12pm-2pm They place me in the Room that people Try to committ Suicide or hurt themself. I was causing problems in the room, officer (Glass) Shackle me down by my ankle. With the shackle in the back of the hospital Bed And he unhandcuff me and put both hands behind my back and pulled me towards the front where I could lay down. But I couldn't lay down because my hands was handcuff behind my back (Officer Glass) Acted kinda funny came towards the hospital Bed and he grab the blanket from the Bed that came from the hospital and he put it on my face and use excessive force on my face that I couldn't move my head plus I couldn't breath Also, I tried to move my head and I started to yell and attending nurse came to see what was happening and several other nurses came to, one nurse a bald head guy carmel complexion, and he told officer Glass to take it off my face Plus two security guard from the hospital was there Also he was bald and Tall and he had muscle he was white The other guard was a female about 5'4 - 5'6 height with brown or black color hair and she was white, I didn't know the rest of the nurses name or security guards names at the hospital But my attending nurse name Jackie,

At Champaign County Jail I was place on Suicide watch



Later that Night, The Next Night one of the Guards wrote the Grievance for me. I Told him what was going on And he wrote word for word what I Said. ON November 20, 2013 around 5pm - 7pm LT Yogues She the one that handle The Grievance and Took me To See the Investigater one Investigator Name Mr Harrit I Cant Remember the other guy Name. The room was Being Tape & recorded Audio & Video I Couldnt Get A Copy of my Grievance I WAS ON Watch. November 21, 2013 Next day I WAS ~~Stoped~~ Transferd To Stateville NRC by Champaign County Sheriff Office urbana.

Investigator Harrit Told me It Will Take Several months
CARle Hospital Should have Records When I was there
On Nov 13 or 14 2013

Carle Hospital Is In urbana IL I was there For Breaking A Golf Pencil And Swallowing It.

My Eight Amendment was Violated & 6 Amendment was Violated

# RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I'm Asking the Courts To Reward me Nine Hundred Thousand dollars of united States Currancy.

**JURY DEMAND**   Yes ☒   No ☐

Signed this Febuary day of 2, 2015.

*(Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| OTTO Barroso | M11153 |
| Address: | Telephone Number: |
| P.O Box 99, Pontiac Ill 61764 | 815 842-2816 |