5590-1
BMS/tlp

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| OTTO BARROSO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 15-cv-2043 |
| ) | |
| OFFICER CHARLES GLASS, ) | |
| ) | |
| Defendant. ) | |

## ANSWER TO COMPLAINT
## AND
## AFFIRMATIVE DEFENSES

NOW COMES the Defendant, OFFICER CHARLES GLASS, by his attorney Brian M. Smith of HEYL, ROYSTER, VOELKER & ALLEN, and hereby provides his Answer and Affirmative Defenses, pursuant to the Merit Review Order entered May 5, 2015, mandating a response to the Plaintiff's Complaint, and in further support thereof, states as follows:

1. Pursuant to its Merit Review of the Complaint, under 28 U.S.C. § 1915A, the Court found that plaintiff stated a claim for excessive force against Defendant Charles Glass.

ANSWER: Defendant Glass denies the use of excessive force against the Plaintiff, and further denies he violated Plaintiff's constitutional rights in any way.

WHEREFORE, the Defendant, OFFICER CHARLES GLASS, respectfully requests that this Court enter judgment on his behalf and against the Plaintiff, OTTO BARROSO, denying him the relief that he prays for in his Complaint and as a claim approved by the Merit Review Order of May 5, 2015, and any other relief this Court deems fit.

DEFENDANT DEMANDS A TRIAL BY JURY.

## AFFIRMATIVE DEFENSES

NOW COMES the Defendant, OFFICER CHARLES GLASS, by his attorney, HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to Federal Rule of Civil Procedure 8(b) and (c), hereby sets forth the following Affirmative Defenses:

1. Defendant is entitled to qualified immunity.

2. To the extent that Plaintiff's Complaint references any action or omission on the part of OFFICER CHARLES GLASS more than two years prior to the date that the Plaintiff filed his lawsuit, said claims are barred by the statute of limitations.

3. To the extent Plaintiff seeks to hold OFFICER CHARLES GLASS liable for the acts or omissions of anyone other than himself, said claims are barred by law and Section 1983 does not allow claims based upon vicarious liability or *respondeat superior* theories.

4. To the extent that Plaintiff has failed to exhaust his administrative remedies, this Defendant is entitled to judgment as a matter of law.

Respectfully submitted,

OFFICER CHARLES GLASS, Defendant

s/ Brian M. Smith _____
Attorney for Defendant
ARDC #6293822
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: bsmith@heylroyster.com

## PROOF OF SERVICE

I hereby certify that on July 1, 2015, I electronically filed the foregoing Answer to Complaint and Affirmative Defenses with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  None

I also hereby certify that on July 1, 2015, I have mailed by United States Postal Service the foregoing Answer to Complaint and Affirmative Defenses to the following non-CM/ECF participant:

    Mr. Otto Barroso, #M11153
    Pontiac Correctional Center
    P.O. Box 99
    Pontiac, IL 61764

    s/ Brian M. Smith
    Attorney for Defendant
    ARDC #6293822
    Heyl, Royster, Voelker & Allen
    102 E. Main Street, Suite 300
    P.O. Box 129
    Urbana, IL 61803-0129
    217-344-0060 Phone
    217-344-9295 Fax
    E-mail:  bsmith@heylroyster.com

27779007_1