E-FILED
Wednesday, 13 January, 2016 03:33:42 PM
Clerk, U.S. District Court, ILCD

5590-1
BMS/tlp

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| OTTO BARROSO, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 15-cv-2043-SLD |
| CHARLES GLASS, et al., | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action of the Plaintiff, OTTO BARROSO, against CHARLES GLASS, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

OTTO BARROSO, Plaintiff

BY: s/Otto Barroso
    Otto Barroso

CHARLES GLASS, Defendant

BY: s/Brian M. Smith
    Brian M. Smith
    Heyl, Royster, Voelker & Allen
    102 E. Main Street, Suite 300
    Urbana, IL 61801
    217.344.0060 Phone
    217.344.9295 Fax
    bsmith@heylroyster.com

28856063_1.DOCX